Maurice Grayton
4070 Arizona St #3
San Diego, CA 92116
(619) 459-6238

FILED

08 AUG 18 AM 9:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GRAYTON, MAURICE

v.

ANNIE WHITE, SHERYLL ZI PARKIN, JIM MCCREY AND DOE (1) THE DIRECTOR OF THE FINANCIAL MANAGEMENT SERVICE, BUREAU OF THE UNITED STATES DEPARTMENT OF TREASURY

Civil No. 08 CV 1478 W AJB

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A. my claim is meritorious (that is, I have a good case), and

B. I have made a reasonably diligent effort to obtain counsel, and

C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

____ Yes  XX No  Not Applicable

**IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.**

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

____Yes ✓X No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.

(Attach additional sheets as needed)

4. **Have you talked with any attorney about handling your claim?**

**XX Yes ______ No**

**If "YES," give the following information about each attorney with whom you talked:**

**Attorney:** MC Ahee

**When:** On or about 05-2008

**Where:** San Diego, CA.

**How (by telephone, in person, etc.):** Telephonic

**Why attorney was not employed to handle your claim:** ______

Attorney: ______

When: ______

Where: ______

How (by telephone, in person, etc.): ______

Why attorney was not employed to handle your claim: ______

Attorney: ______

When: ______

Where: ______

How (by telephone, in person, etc.): ______

Why attorney was not employed to handle your claim: ______

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

Through the San Diego County Bar Association. I believe that my claim is likely to succeed on its merits, because I can amend any vagueness that the complaint may have.

6. Give any other information which supports your application for the court to appoint an attorney for you: The law and its application at times can be difficult for a layman to understand and navigate their way through the process. Therefore, a skilled pathfinder often knows how to handle various issues a shed light on the understanding to achieve results.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

(N/A)

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A. Employment

Are you employed now? ___ yes **XX** no ___ am self-employed

Name and address of employer:

If employed, how much do you earn per month? N/A

If not employed, give month and year of last employment: (04-2002)

How much did you earn per month in your last employment? 34,000.00

If married, is your spouse employed? ____ yes XX no

If "YES," how much does your spouse earn per month? N/A

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? N/A

B. Assets

(i) Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? _____ yes XX no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
| --- | --- |
| | |

(Attach additional sheets as necessary)

(ii) Cash

Have you any cash on hand or money in savings or checking accounts? XX yes ___ no

If "YES," state total amount: 10.00

(iii) Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ___ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| $ 2,500.00 | 1970 CAMARO SS |

C. Obligations and Debts

(i) Dependents

Your marital state is: ___ single ___ married XX widowed, separated or divorced.

Your total number of dependents is : Ø

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| N/A | |

(ii) Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
| --- | --- | --- |
| Rent: Newjenski, Robert | — | 900.00 |
| Mortgage on Home: N/A | | |

Others:

STUDENT LOAN $ 35,000.00
VISA Payment $ 50.00
Pep Boy Payment $ 50.00

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 08/18/08

[signature]
Signature

(Notarization is not required)