# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE GRAYTON, Plaintiff, vs. ANNIE WHITE et al., Defendants. | CASE NO. 08-CV-1478 W (AJB) **ORDER DENYING SECOND IFP MOTION AS MOOT; DENYING SECOND MOTION TO APPOINT COUNSEL (Doc. Nos. 5, 6)** |

On August 14, 2008 Plaintiff Maurice Grayton commenced an action for patent infringement or breach of contract. (Doc. No. 1.) The same day, Grayton moved for leave to proceed *in forma pauperis* ("IFP) and moved for appointment of counsel. (Doc. Nos. 2, 3.) On August 15, 2008 the Court granted Grayton's IFP motion, but denied his motion to appoint counsel. (Doc. No. 4.) On August 18, 2008 Grayton again moved to proceed IFP and moved for appointment of counsel. (Doc. Nos. 5, 6.)

///

///

///

///

///

///

///

Grayton's two August 18 motions are nearly identical to, if slightly more specific than, his August 14 motions. Because the Court has already granted Grayton leave to proceed IFP, the Court hereby **DENIES AS MOOT** Grayton's second motion to proceed IFP. (Doc. No. 5.) Because Grayton provides the Court with no new information which would change the result of the August 15 Order denying his motion to appoint counsel, the Court for the same reasons listed in the August 15 Order (herein incorporated by reference) **DENIES** Grayton's second motion for appointment of counsel. (Doc. No. 6.)

**IT IS SO ORDERED.**

DATED: August 19, 2008

Hon. Thomas J. Whelan
United States District Judge