AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

FILED
AUG 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CP DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

Maurice Grayton

vs

Annie White, Sheryll Ziparkin, Jim McCrey, Doe

**SUMMONS IN A CIVIL ACTION**

Case No. 08cv1478 W

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Maurice Grayton
4670 Arizona Street, Unit 3
San Diego, CA 92116
619-688-1165

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

August 25, 2008
DATE

SEAL

C. PUTNAMANN
By, Deputy Clerk