U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED
SEP - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

PLAINTIFF: GRAYTON

COURT CASE NUMBER: 08-CV-1478 W (AJB)

DEFENDANT: SHERYLL ZIPARKIN

TYPE OF PROCESS:

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SHERYLL ZIPARKIN (Associate Director)

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
Social Security Office of Public Inquiry
6401 Security Blvd, Baltimore MD 21235-6401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Maurice Grayton
4070 Arizona Street, Unit #3
San Diego, CA 92116

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | (1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

RECEIVED
2008 AUG 25 PM 1:03
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (619) 088-1105

DATE: 08/25/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 98 | [signature] | 8/25/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service | Time am pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 8/25/08 - Mailed S&C
09/02/08 - Rec'd certified receipt. Copy to court & plaintiff

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHERYLL ZIPARKIN
ROOM 611, ALTMEYER BUILDING
6401 SECURITY BOULEVARD
BALTIMORE, MX 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SOCIAL SECURITY ADMINISTRATION
BALTIMORE, MARYLAND 21235
☐ Agent
☐ Addressee

B. Received by (Printed Name) AUG 2 8 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 1160 0006 7743 5689

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540